# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
QuarterLine Consulting Services, LLC ) ASBCA No. 59999
)
Under Contract No. FA8053-12-D-0023 )

APPEARANCES FOR THE APPELLANT: Joseph P. Hornyak, Esq.
Gregory R. Hallmark, Esq.
Holland & Knight LLP
Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Lt Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
William M. Lackermann, Jr., Esq.
Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59999, Appeal of QuarterLine Consulting Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals